UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIAWANA D. NEAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:19-cv-1712-GMB |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

On February 4, 2020, the parties filed a joint stipulation of dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 17.  Accordingly, this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on February 4, 2020.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE